UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA FABIOLA MIRANDA,<br>Plaintiff,<br>v.<br>FORD MOTOR COMPANY,<br>Defendant. | Case No. 24-cv-00198-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 13 |

On April 8, 2024, the parties filed a notice advising the Court that the above captioned matter settled and that they expected to file a dismissal within ninety days. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within thirty days, with proof of service, that the settlement was not consummated or that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated, and this case shall be restored to the calendar. If no certification is filed, after passage of thirty days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: October 29, 2024

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge